# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                              :    NO. 388
                                                    :
ORDER VACATING REAPPOINTMENT    :    MAGISTERIAL RULES DOCKET
OF MINOR COURT RULES COMMITTEE :
MEMBER                                              :

# **O R D E R**

**PER CURIAM:**

AND NOW, this 29th day of January, 2016, the order entered July 20, 2015, reappointing Magisterial District Judge Isaac Stoltzfus to the Minor Court Rules Committee for a term of three years commencing August 9, 2015, is hereby **VACATED**.

Mr. Justice Eakin did not participate in the decision of this matter.